Díaz v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 10.—Resuelto en Junio 21, 1905.

Enagenación de bienes gananciales.—Cancelación de créditos hipotecarios. El marido no puede enagenar los bienes inmuebles de la sociedad conyugal sin el consentimiento de la mujer, bajo pena de nulidad, y esta disposición es de aplicarse también á la cancelación de un crédito hipotecario, toda vez que por ella se desapodera á la sociedad conyugal de un derecho real en que puede estar interesada la mujer.

Id.—Defecto insubsanable.—Otorgado, por el marido, un contrato de enagenación de bienes gananciales sin el consentimiento de la mujer, adolece la escritura de un defecto insubsanable que impide su inscripción en el Registro.

Los hechos están expresados en la opinión.
Abogado del recurrente: *Sr. Arce.*

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por el abogado Don Rafael Arce Rollet, á nombre de Don Ramón Díaz Delgado, contra negativa del Registrador de la Propiedad de Caguas á cancelar una hipoteca.

*Resultando* que por escritura pública otorgada en la ciudad de Caguas ante el abogado y notario de la misma Don Rafael Arce Rollet, en diez y seis de mayo último, Don Pedro Orcasitas y Muñoz, de estado casado, y comerciante de aquella Ciudad, otorgó carta de pago y cancelación total á favor de Don Ramón Díaz Delgado, de un crédito hipotecario, por la suma de 600 dollars, que le había facilitado en calidad de préstamo al interés del uno y medio por ciento mensual, y cuya suma satisfizo el deudor en billetes de Banco, y á la presencia del Notario autorizante y testigos, declarando, además, que nada le debía por concepto de intereses; y que presentada una copia de dicha escritura en el Registro de la Propiedad de Caguas, para la cancelación de la hipoteca, la denegó el Registrador por los motivos que expresó en la nota que puso al pie de dicho documento, la que copiada literalmente, dice así:

"*Denegada* la inscripción á que se refiere el documento que precede, y tomada en su lugar la anotación preventiva por ciento veinte días, al folio 102 del tomo 9o. de Aguas Buenas, finca 418, anotación letra A.; y al margen de las inscripciones 6a., 6a. 9a. y 4a. de las fincas 86, 107 y 82 y 398 á los folios 186, 33 vto., 36 y 248 vto. de los tomos 2o., 3o., 12 y 8o de Aguas Buenas, por el defecto insubsanable de que siendo la hipoteca que es objeto de dicho documento un bien inmueble que corresponde á la sociedad de gananciales, ha otorgado la cancelación de la referida hipoteca solo Don Pedro Orcasitas Muñoz sin el consentimiento de su esposa, que es imprescindible bajo pena de nulidad en tal acto de enagenación.—Caguas 31 de Mayo de 1905.—S. Abella Baston.—El Registrador."

*Resultando* que contra esta nota ha interpuesto el abo-

gado Don Rafael Arce Rollet, á nombre de Don Ramón Díaz Delgado, el presente recurso gubernativo, para que se revoque y se ordene al Registrador que proceda á la inscripción de dicha escritura, con las costas.

*Considerando* que con arreglo al artículo 159 del Código Civil Revisado, el marido no puede enagenar los bienes inmuebles de la sociedad conyugal, sin el consentimiento de la mujer, bajo pena de nulidad; y que existiendo en el presente caso las mismas razones que el legislador tuvo presente para establecer aquella prohibición, puesto que por la cancelación de un crédito hipotecario, lo mismo que por la enajenación de cualquiera inmueble, perteneciente á la sociedad conyugal, se la desapodera de un derecho real, en el cual puede estar interesada la mujer, y por consiguiente, debe entenderse aplicable en el presente caso la prohibición establecida por el artículo citado del vigente Código Civil, por el conocido principio ó aforismo jurídico de que donde existe la misma razón de la ley, debe existir la misma disposición del derecho.

*Considerando* por tanto, que no habiendo intervenido en la escritura de que se trata, la esposa de Don Pedro Orcasitas y Muñoz, para prestar su consentimiento con la cancelación de la hipoteca, adolece dicha escritura de un defecto insubsanable, que impide su inscripción en el Registro de la Propiedad.

*Se confirma* la nota denegatoria puesta por el Registrador de la Propiedad de Caguas al pié de la escritura de que se trata en el presente recurso, y devuélvasele el documento presentado, con copia de la presente resolución, para su conocimiento y demás efectos consiguientes:

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras y Mac Leary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.